UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

| | |
|---|---|
| Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida | General Order 6:13-mc-94-Orl-22<br><br>**6:18-cr-215-Orl-37DCI** |

## NOTICE AND ORDER

This cause is before the Court *sua sponte*.

In a prior Order To Show Cause, the Court directed attorney Nicole Blair Dickerson to appear at a hearing to show cause why sanctions should not be imposed for violating *In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida*, General Order 6:13-mc-94-22, at 1–2 (M.D. Fla. Sept. 26, 2013) ("**Standing Order**"). The hearing was set for Tuesday, September 18, 2018 at 10:15 a.m. before the Undersigned, and notification of the hearing was sent to Ms. Dickerson by certified mail. Ms. Dickerson failed to appear.

At the hearing, pursuant to Federal Rule of Criminal Procedure 42(a), the Court gave notice, memorialized here, that criminal contempt proceedings would be initiated against her pursuant to 18 U.S.C. § 401 for: (1) violating the Standing Order; (2) failure to comply with the Court's Order To Show Cause of September 10, 2018 ordering her appearance before the undersigned; and (3) failing to comply with the Order to pay a monetary fine imposed by U.S. District Judge Gregory A. Presnell on September 6, 2018. The Court referred this matter to the U.S. Attorney's Office for prosecution and set it for

bench trial commencing Wednesday, October 3, 2018 at 9 a.m.

In accordance with the findings made at the September 18 hearing, it is hereby **ORDERED AND ADJUDGED** that:

1. In accordance with Federal Rule of Criminal Procedure 42(a)(2), the matter is referred to the United States Attorney's Office for the Middle District of Florida for a determination as to whether it will accept prosecution of criminal contempt proceedings against Ms. Dickerson.

2. Trial will commence against Ms. Dickerson on Wednesday, **October 3, 2018 at 9 a.m.** in Courtroom 4A of the George C. Young Courthouse, 401 W. Central Blvd, Orlando FL 32801 before the undersigned United States District Judge. **Ms. Dickerson is cautioned that failure to appear will result in the issuance of an arrest warrant**.

3. The Clerk is **DIRECTED** to send a certified copy of this Order to Ms. Dickerson.

4. The U.S. Marshal is **DIRECTED** to serve a copy of this Order on Ms. Dickerson at 33 E. Robinson Street, Suite 113, Orlando, FL 32801.

5. The Clerk is **DIRECTED** to assign a new criminal case number to the contempt matter against Ms. Dickerson that is now pending.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 18, 2018.



ROY B. DALTON JR.
United States District Judge

Copies:
Nichole Blair Dickerson
United States Attorney's Office for the
Middle District of Florida