UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                       CASE NO: 6:18-cr-215-Orl-37DCI

NICOLE BLAIR DICKERSON

| JUDGE: | Roy B. Dalton, Jr. | COUNSEL FOR GOVERNMENT: | Kevin C. Frein |
|---|---|---|---|
| DEPUTY CLERK: | Landon Countryman | | |
| COURT REPORTER: | Amie First amiefirst.courtreporter@gmail.com | COUNSEL FOR DEFENDANT: | Pro Se Appearance |
| SCHEDULED DATE/TIME: | November 16, 2018 11:00 AM | INTERPRETER: | N/A |

## MINUTES

| | |
|---|---|
| **11:02 am** | Case called; appearances made by the government and the defendant. |
| | Counsel for the government informs the Court they will not be proceeding on the charges and provides clarification as to the government's position. |
| | The Court addresses the defendant. |
| | The Court refers matter to the Grievance Committee for the Middle District, Orlando Division to make recommendation as to the sanctions that should be imposed due to the defendant's conduct and whether the admission of the defendant to Middle District Bar should be revoked. Court request recommendation to be made within 60 days. |
| | The Court dismisses this action; Bench Trial scheduled for 11/20/2018 is cancelled. |
| **11:32 am** | Court adjourns. |

Total time in court: 30 Minutes